UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

In Re:
ANTONIO RIVERA TORRES
58 CALLE ELIAS BARBOSA
COTTO LAUREL, PR 00780-0078

Chapter 13
Case No. 03-08236-SEK
Judge: SARA DE JESUS
SSN #1 XXX-XX-2016

## TRUSTEE'S FINAL REPORT AND ACCOUNT

| Case Filed on: | Plan Confimed on: | Case Closed on: |
|---|---|---|
| August 01, 2003 | October 27, 2003 | August 25, 2006 |

THE SUBJECT CASE HAS BEEN PLAN COMPLETED
Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court or are attached hereto, and are incorporated by reference in this report.

| CREDITOR NAME COMMENTS | CLASS | CLAIM AMT. | PRIN PAID | INT PAID | BAL DUE |
|---|---|---|---|---|---|
| ASSOCIATES FINANCE | UNSECURED | $781.14 | $69.59 | $0.00 | $711.55 |
| BANCO BILBAO VIZCAYA | UNSECURED | $1,359.77 | $121.13 | $0.00 | $1,238.64 |
| BANCO BILBAO VIZCAYA | NOTICE OF APPEARA | $0.00 | $0.00 | $0.00 | $0.00 |
| BANCO SANTANDER DE PR | UNSECURED | $7,347.64 | $654.61 | $0.00 | $6,693.03 |
| BBVA | PAID DIRECT | $16,824.72 | $0.00 | $0.00 | $0.00 |
| CAPITAL ONE | UNSECURED | $1,181.26 | $105.30 | $0.00 | $1,075.96 |
| CITIBANK CCSI | UNSECURED | $579.58 | $51.65 | $0.00 | $527.93 |
| CITIBANK CCSI | UNSECURED | $374.23 | $33.35 | $0.00 | $340.88 |
| COOP A/C BARRANQUITAS | SURRENDER SHARES/ | $7,658.61 | $0.00 | $0.00 | $0.00 |
| COOP A/C BARRANQUITAS | UNSECURED | $21,297.28 | $1,897.43 | $0.00 | $19,399.85 |
| ECAST SETTLEMENT CORPORAT ASSIGNMENT 05-10-04 | UNSECURED | $4,984.70 | $444.11 | $0.00 | $4,540.59 |
| ECAST SETTLEMENT CORPORAT | UNSECURED | $778.77 | $69.35 | $0.00 | $709.42 |

ANTONIO RIVERA TORRES                                    CASE NO.03-08236-SEK

SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY | GENERAL | TOTAL |
|---|---|---|---|---|
| Amount Allowed | $24,483.33 | $0.00 | $38,684.37 | $63,167.70 |
| Principal Paid | $0.00 | $0.00 | $3,446.52 | $3,446.52 |
| Interest Paid | $0.00 | $0.00 | $0.00 | $0.00 |

Total Paid to Creditors(Principal and Interest) :                         $3,446.52

ATTORNEY FEES

Attorney for the case : JULIO RIVERA TORO*
Total Fees Allowed :                                                     $1,500.00
Total Paid Outside the plan :                                                $0.00
Total Paid in the Plan :                                                 $1,500.00

COSTS OF ADMINISTRATION

Trustee was paid :                                                         $453.48
The Clerk of the Court was paid :                                            $0.00


Total Receipts:                                                          $5,400.00
Total Disbursements:                                                     $5,400.00

    I, the Chapter 13 Trustee, hereby CERTIFY that the estate has been fully administered.

    WHEREFORE, the movant prays that an order be entered discharging Chapter 13 Trustee of his duties under this case and that he and his Surety Company be released of any possible liability arising during the administration of this case. The Chapter 13 Trustee also prays that an order closing the case be entered.

    NOTICE to the debtor, creditors and parties in interest are hereby advised that pursuant to FRBP 5009 if within THIRTY (30) days no objection is filed by the United States Trustee or a party in interest, there shall be a presumption that the estate has been fully administered, and the Court may approve the Trustee's Final Report and Account and close the case without further notice.

DATED:  **JAN 2 3 2007**                          /s/ Alejandro Oliveras Rivera
                                                                                                                                ALEJANDRO OLIVERAS RIVERA

03-08236 BKT     CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electroically sent to the parties listed below:

| | |
|---|---|
| ASSOCIATES FINANCE<br>BANKRUPTCY DIVISION<br>PO BOX 1616<br>BAYAMON, PR 00960-1616 | BANCO BILBAO VIZCAYA<br>C/O ENRIQUE NASSAR RIZEK<br>PO BOX 191017<br>SAN JUAN, PR 00919-1017 |
| BANCO BILBAO VIZCAYA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | BANCO SANTANDER DE PR<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 |
| BBVA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | CAPITAL ONE<br>C/O TSYS DEBT MANAGEMENT<br>PO BOX 5155<br>NORCROSS, GA 30091 |
| CITIBANK CCSI<br>C/O CARDONA JIMENEZ LAW OFFICE<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | COOP A/C BARRANQUITAS<br>C/O ARTURO GONZALEZ MARTIN<br>PO BOX 193377<br>SAN JUAN, PR 00919-3377 |
| COOP A/C BARRANQUITAS<br>C/O ARTURO GONZALEZ MARTIN<br>PO BOX 193377<br>SAN JUAN, PR 00919-3377 | ECAST SETTLEMENT CORPORATION<br>PO BOX 35480<br>NEWARK, NJ 07193-5480 |
| ANTONIO RIVERA TORRES<br>58 CALLE ELIAS BARBOSA<br>COTTO LAUREL, PR 00780 | |

DATED: January 23, 2007

DIANA ARROYO
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1    - CASE    03-08236 BKT